■ THE PEOPLE OF THE STATE OF NEW YORK v. GABRIEL GENOVESE.— Enlargement of time granted. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. TEDDY JUSINO.— Enlargement of time granted. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ · WALTER F. BOMAR v. HERBERT ROSE, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ HENRY M. MARGOLIS, as Director of SHORE HILLS ESTATES, INC., v. MANUEL SELENGUT et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant perfects the appeal for an order day not later than January 5, 1960. In the event the appeal is brought on for January 5, 1960, the appellant shall procure the record on appeal, appellant's points and notice of argument to be served and filed on or before December 24, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ YVONNE B. GAINES v. LAWRENCE T. GAINES.— Motion granted to the extent of dispensing with the printing of the respondent's points and permitting the respondent to serve and file typewritten respondent's points, on condition that the respondent serves one copy thereof upon the attorney for the appellant and files six copies thereof with this court on or before 4:00 P.M. Friday, November 13, 1959, the said appeal to be argued or submitted on November 17, 1959, and the respondent is permitted to submit, for the information of the court, at the time of filing respondent's points, six typewritten copies of the affidavit of Robert J. Phillips, sworn to August 3, 1959, read on the motion to punish appellant for contempt and six copies of the exhibit annexed to the moving affidavit of respondent in support of the original application for alimony and counsel fees. The disposition of that branch of the motion addressed to the record and appellant's points is reserved for determination in connection with the appeal proper. In all other respects, the motion is denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

## (November 12, 1959)

■ In the Matter of the Application of ROBERT D. YANOWITZ against GUIDE SYSTEM & SUPPLY CO., INC.— Motion for a stay granted insofar as to continue the stay contained in the order to show cause, dated October 29, 1959, on condition that the appeal is argued or submitted on November 17, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Probate of the Will of SARA SANDBERG, Deceased. CAROL A. BROWN et al., Appellants; LEON SANDBERG, Respondent.— Motion granted insofar as to extend the respondent's time to serve and file his respondent's points up to and including 4:00 P.M. on November 25, 1959, the appeal to be argued or submitted on December 1, 1959. In all other respects the motion is denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.